UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RODERICK MICHAEL BURGINS,

        Defendant.

Case: 2:22-cr-20281
Judge: Roberts, Victoria A.
MJ: Altman, Kimberly G.
Filed: 06-01-2022 At 03:33 PM
INDI USA v BURGINS (sk)

## INDICTMENT

**THE GRAND JURY CHARGES**:

### COUNT ONE
### Escape from Custody
### (18 U.S.C. § 751(a))

On or about December 24, 2021, in the Eastern District of Michigan, Roderick Burgins knowingly escaped from custody at the Cherry Health Community Center, a residential reentry center contracted with the Bureau of Prisons, an institutional facility in which he was lawfully confined at the discretion of the Attorney General by virtue of a judgement of commitment of the United States District Court for the Eastern District of Michigan upon the conviction for

the commission of Felon in Possession of a Firearm, in violation of Title 18 United States Code, Section 922(g), in violation of Title 18, United States Code, Section 751.

**THIS IS A TRUE BILL.**

Dated: June 1, 2022

s/GRAND JURY FOREPERSON

DAWN N. ISON
United States Attorney

s/TIMOTHY M. TURKELSON
TIMOTHY M. TURKELSON (P53748)
Assistant United States Attorney
101 First Street, Suite 200
Bay City, MI 48708
Telephone number: (989) 895-5712
Timothy.turkelson@usdoj.gov

s/ANTHONY P. VANCE
ANTHONY P. VANCE (P61148)
Assistant United States Attorney
Chief, Branch Offices

**Companion Case information MUST be completed by AUSA and initialed.**

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☑ No | **AUSA's Initials:** TT |

**Case Title:** USA v. RODERICK MICHAEL BURGINS

**County where offense occurred:** Wayne

**Check One:**   ☑ **Felony**   ☐ **Misdemeanor**   ☐ **Petty**

   X Indictment/____Information --- **no** prior complaint.
   ____Indictment/____Information --- based upon prior complaint [**Case number:** _____]
   ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____     **Judge:** _____

☐ Original case was terminated; no additional charges or defendants.
☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

June 1, 2022
Date

s/TIMOTHY TURKELSON
Timothy Turkelson
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Timothy.Turkelson@usdoj.gov
P53748

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

03/11/2013